**RIMAC MARTIN, P.C.**
Anna M. Martin – CA Bar No. 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, CA 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430

*Attorneys for Defendant*
*LIFE INSURANCE COMPANY OF NORTH AMERICA*

**ERISA LAW GROUP, LLP**
Thornton Davidson – CA Bar No. 166487
thornton@erisalg.com
Robert J. Rosati – CA Bar No. 112006
Robert@erisalg.com
2055 San Joaquin Street
Fresno, CA 93721
Telephone:  559.256.9800
Facsimile:  559.256.9795

*Attorneys for Plaintiff*
*AMALIA HOLGUIN*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### Fresno Division

| | |
|---|---|
| AMALIA HOLGUIN,                                )<br>                                                          )<br>                Plaintiff,                       )<br>                                                          )<br> v.                                                     )<br>                                                          )<br> LIFE INSURANCE COMPANY OF            )<br> NORTH AMERICA,                             )<br>                                                          )<br>                Defendant.                      )<br>_____ ) | CASE NO. 1:12-cv-02041-AWI-SKO<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT LIFE INSURANCE COMPANY OF NORTH AMERICA TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER** |

1

1        IT IS HEREBY STIPULATED by and between the parties hereto through their

2  respective attorneys that defendant LIFE INSURANCE COMPANY OF NORTH AMERICA

3  may have additional time within which to answer or otherwise respond to plaintiff's complaint.

4  Therefore, the last day for defendant to answer or otherwise respond to plaintiff's complaint is

5  February 1, 2013.

6        Pursuant to local rules, this document is being electronically filed through the Court's

7  ECF System.  In this regard, counsel for Defendants hereby attests that (1) the content of this

8  document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has

9  concurred with the filing of this document; and (3) a record supporting this concurrence is

10  available for inspection or production if so ordered.

11                     Respectfully submitted,

**ERISA LAW GROUP, LLP**

DATED:  January 7, 2013        By: _/S/ Thornton Davidson_
THORNTON DAVIDSON
Attorneys for Plaintiff
AMALIA HOLGUIN

**RIMAC MARTIN, P.C.**

DATED:  January 7, 2013        By: _/S/ Anna M. Martin_
ANNA M. MARTIN
Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH
AMERICA

STIPULATION AND ORDER
Case No. 1:12-cv-02041-AWI-SKO

1

## __ORDER__

2     Pursuant to the above stipulation, the time for Defendant Life Insurance Company of

3   North America to respond to the complaint is extended to February 1, 2013.

4

5

6

7

8   IT IS SO ORDERED.

9    Dated:   __January 9, 2013__      __/s/ Sheila K. Oberto__

                UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER
Case No. 1:12-cv-02041-AWI-SKO