**RIMAC MARTIN, P.C.**
Anna M. Martin  (SBN 154279)
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, CA 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430

*Attorneys for Defendant*
*LIFE INSURANCE COMPANY OF NORTH AMERICA*

**ERISA LAW GROUP LLP**
Thornton Davidson (SBN 166487)
thornton@erisalg.com
2055 San Joaquin Street
Fresno, CA 93721
Telephone: (559) 256-9800
Facsimile: (559) 256-9795

*Attorneys for Plaintiff*
*AMALIA HOLGUIN*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| AMALIA HOLGUIN,<br><br>     Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>     Defendant. | CASE NO. 1:12-cv-02041 AWI-SKO<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; ORDER** |

IT IS HEREBY STIPULATED by and between the Plaintiff AMALIA HOLGUIN and

Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, by and through their

CERTIFICATE OF SERVICE
Case No. 1:12-cv-02041 AWI-SKO

counsel of record herein, that the captioned action may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

The parties shall bear their own respective attorney fees and costs of suit.

SO STIPULATED.

**RIMAC MARTIN, P.C.**

DATED: March 28, 2013     By:   /s/ Anna M. Martin
                                ANNA M. MARTIN
                                Attorneys for Defendants
                                LIFE INSURANCE COMPANY OF NORTH AMERICA

**ERISA LAW GROUP LLP**

DATED: March 28, 2013     By:   /s/ Thornton Davidson
                                THORNTON DAVIDSON
                                Attorney for Plaintiff
                                AMALIA HOLGUIN

**ORDER**

IT IS SO ORDERED.

Dated:  March 28, 2013                     _____
                                           SENIOR DISTRICT JUDGE