**RIMAC MARTIN, P.C.**
Anna M. Martin  (SBN 154279)
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, CA 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430

*Attorneys for Defendant*
*LIFE INSURANCE COMPANY OF NORTH AMERICA*

**ERISA LAW GROUP LLP**
Thornton Davidson (SBN 166487)
thornton@erisalg.com
2055 San Joaquin Street
Fresno, CA 93721
Telephone: (559) 256-9800
Facsimile: (559) 256-9795

*Attorneys for Plaintiff*
*AMALIA HOLGUIN*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| AMALIA HOLGUIN, | ) CASE NO. 1:12-cv-02041 AWI-SKO |
| | ) |
| Plaintiff, | ) **STIPULATION OF DISMISSAL OF** |
| | ) **ACTION WITH PREJUDICE; ORDER** |
| v. | ) |
| | ) |
| LIFE INSURANCE COMPANY OF | ) |
| NORTH AMERICA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED by and between the Plaintiff AMALIA HOLGUIN and

Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, by and through their

counsel of record herein, that the captioned action may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

The parties shall bear their own respective attorney fees and costs of suit.

**SO STIPULATED.**

**RIMAC MARTIN, P.C.**

DATED: March 28, 2013    By:  */s/ Anna M. Martin*
ANNA M. MARTIN
Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA

**ERISA LAW GROUP LLP**

DATED: March 28, 2013    By:  */s/ Thornton Davidson*
THORNTON DAVIDSON
Attorney for Plaintiff
AMALIA HOLGUIN

**ORDER**

IT IS SO ORDERED.

Dated:  March 28, 2013

SENIOR DISTRICT JUDGE